Entered on Docket
May 13, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 12, 2008

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                     Case No. 07-43865 EDJ

KENNETH MELVIN IRVIN,                    Chapter 13

                    Debtor./

MEMORANDUM RE SECOND ORDER OF DISMISSAL

On April 17, 2008, this court dismissed this case based on the debtor's failure to appear at the confirmation hearing, and other cause, including the debtor's filing of three previous bankruptcy cases. The next day, April 18, 2008, the debtor filed another chapter 13 case, and concurrently requested that the Order of Dismissal dated April 17, 2008 be vacated.

On April 18, 2008, Judge Tchaikovsky of this court entered separate orders (a) dismissing the case debtor filed on that day,

MEMORANDUM

and (b) vacating the Order of Dismissal filed April 17, 2008, and re-setting the confirmation hearing for May 12, 2008.

On May 12, 2008, the court called the matter, but the debtor, once again, failed to appear.

The court will therefor issue its order re-dismissing this case, and barring him from filing any additional cases, absent prior leave of this court, for a period of two years.

**END OF ORDER**

MEMORANDUM                                2

1 COURT SERVICE LIST
2 All Recipients
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MEMORANDUM 3